IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

HAROLD B. BARNES,

        Petitioner,

    v.

STEVE FRANKE,

        Respondent.

Civil No. 10-1439-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal Without Prejudice of Petition for Writ of Habeas Corpus [#19] is GRANTED.

    IT IS SO ORDERED.

    DATED this 19th day of April, 2011.

                        /s/ Anna J. Brown
                        ANNA J. BROWN
                        United States District Judge

1 - ORDER -