IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

HAROLD B. BARNES,

       Petitioner,

   v.

STEVE FRANKE,

      Respondent.

Civil No. 10-1439-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed, without prejudice.

    DATED this 19th day of April, 2011.

                 /s/ Anna J. Brown
               ANNA J. BROWN
               United States District Judge

1 - JUDGMENT -